ACCEPTED
12-13-00262-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/11/2016 4:15:32 PM
Pam Estes
CLERK

**CAUSE NO. 12-13-00262-CV**
**IN THE COURT OF APPEALS**
**TWELFTH COURT OF APPEALS DISTRICT**
**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/11/2016 4:15:32 PM
PAM ESTES
Clerk

| | | |
|---|---|---|
| **WASSON INTERESTS, LTD,** | § | **APPEALED FROM 2ND** |
| *Appellant,* | § | |
| | § | |
| **V.** | § | **DISTRICT COURT IN AND FOR** |
| | § | |
| **CITY OF JACKSONVILLE, TEXAS,** | § | |
| *Appellee.* | § | **CHEROKEE COUNTY, TEXAS** |

## NOTICE OF COUNSEL'S CHANGE IN CONTACT INFORMATION

NOW COMES Jeffrey R. Pruitt, attorney of record for Appellant, Wasson Interest, Ltd., filing this notice to inform the Court and opposing counsel that his contact information has changed to:

JEFFREY R. PRUITT
ATTORNEY AT LAW
400 Breezeway
Corpus Christi, TX 78404
Phone: (336) 749-6477
Jeffrey_pruitt@att.net

Respectfully Submitted,

*/s/ Jeffrey R. Pruitt*
JEFFREY R. PRUITT
ATTORNEY AT LAW
Bar No. 24070453
400 Breezeway
Corpus Christi, TX 78404
Phone: (336) 749-6477
Jeffrey_pruitt@att.net

ATTORNEY FOR APPELLANT

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the forgoing was served on July 11, 2016 as follows:

Via Email: brettbrewer@normanlawfirm.com
Mr. Brett Brewer
The Norman Law Firm
215 E. Commerce St.
P.O. Box 1870
Jacksonville, TX 75766

*/s/ Jeffrey R. Pruitt*
Jeffrey R. Pruitt